**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 17, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing adjourned to April 19, 2021, at 10:00am.
> SO ORDERED
>                  /s/ John G. Koeltl
> March 19, 2021        John G. Koeltl
> New York, NY            U.S.D.J.

**Re:   United States v. Ivan Magidov,
        20 Cr. 440 (JGK)**

Dear Judge Koeltl:

    I write with the consent of the government to request that the Court adjourn Mr. Magidov's sentencing, currently scheduled for April 2, 2021, by approximately three weeks, to a date during the week of April 19 or April 26, 2021. Having conferred with the government about availability, I specifically request that sentencing be scheduled for one of the following dates:

- April 19 in the morning,
- April 20,
- April 21 in the afternoon,
- April 23,
- April 26, or
- April 27.

    I make this request because the current date falls during both Passover and New York's school break. I also need additional time to marshal supporting letters and materials to represent Mr. Magidov effectively at sentencing. This is my first request for an adjournment of sentencing. The government consents to this request and confirms it is available on the dates proposed.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org