UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                                                  20 cr 440 (JGK)

**ORDER OF SPECIAL ASSESSMENT**

IVAN MAGIDOV,
                          Defendant.
-----------------------------------------------------------X

        The defendant, Ivan Magidov, having been sentenced in this matter to time served, shall pay a special assessment of $100, which shall be due immediately.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 19, 2021