# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

June 10, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Handwritten: ADJOURNED TO THURSDAY, AUGUST 12, 2021, AT 12:00PM. SO ORDERED. 6/10/21 [signature] USDJ*

Re:   **United States v. Ivan Magidov,**
      **20 Cr. 440 (JGK)**

Dear Judge Koeltl:

I write with the consent of the government and counsel for Arik Lev to request that the Court adjourn the restitution hearing currently scheduled for July 8. I make this request for personal reasons; it will also provide useful additional time to address factual issues concerning the calculation of the restitution amount.

Specifically, I request that the hearing be adjourned to a date during July 19-22, July 26-30, or August 9, 10, or 12. The defendants waive any objection to conducting the restitution hearing later than the 90 days after sentencing provided in 18 U.S.C. § 3664(d)(5). See Dolan v. United States, 560 U.S. 605 (2010) (courts retain the ability to set the amount of restitution beyond 90 days).

*Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6-10-2021*

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   Counsel of record