UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

IVAN MAGIDOV,

                Defendant.

20-cr-440-2 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Counsel for the Government and Magidov should appear for a telephone conference on August 12, 2021 at noon. Counsel for any other interested party may also attend.

SO ORDERED.

Dated:    New York, New York
            August 10, 2021

                                     John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8-10-21__